IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RONALD MICHAEL CAUTHERN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:04-1100 |
| | ) | Judge Trauger |
| RICKY BELL, Warden, Riverbend Maximum Security Institution, | ) ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

Enter this 2bd day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge